IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NOS. 3:09cv352 and 3:10cv385

| | |
|---|---|
| **VENUS Y. SPRINGS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **MAYER BROWN, LLP and** ) | |
| **JONATHAN A. BARRETT,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Consolidate [Civil Case No. 3:10cv385, Doc. 3].

For the reasons stated in the motion and pursuant to Rule 42 of the Federal Rules of Civil Procedure,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Consolidate [Civil Case No. 3:10cv385, Doc. 3] is **ALLOWED**, and Civil Case No. 3:09cv352 and Civil Case No. 3:10cv385 are hereby **CONSOLIDATED,** in accordance with Rule 42(a) of the Federal Rules of Civil Procedure, to proceed before the undersigned. Civil Case No.

3:09cv352 is hereby designated the lead case, and Civil Case No. 3:10cv385 shall be closed. Pursuant to Local Rule 5.2.1(D), all future proceedings will be docketed and filed in the designated lead case only.

**IT IS SO ORDERED.**

Signed: September 6, 2010

Martin Reidinger
United States District Judge