IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:09-CV-352-MOC-DSC

| | |
|---|---|
| VENUS Y. SPRINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM AND ORDER** |
| ) | |
| MAYER BROWN, LLP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court following a telephonic discovery conference with parties' counsel. Counsel have represented to the Court that they have resolved a majority of the issues which are the subject of the following Motions. Accordingly, **IT IS ORDERED** that:

1. "Defendant's Motion for Protective Order" (document #54) is **GRANTED** to the extent that the parties have agreed to follow a procedure for production as outlined in Defendant's "Reply..." at 4-5 (document #67). Initial production by Defendant shall be complete on or before July 12, 2011. On or before September 12, 2011, Plaintiff shall identify for Defendant which of these documents she believes are necessary for "final production," as that term is used in Defendant's Reply.

2. "Defendant's Motion for Civil Contempt" (document #56) is **GRANTED IN PART** and **DENIED IN PART**, that is Barbara Washington is **ORDERED** to appear for her deposition at a date, time, and location to be noticed by Defendant. Rather than respond to oral questions, the witness will be permitted to read the questions as transcribed by a court reporter in real time and then make oral responses.

3. "Defendant's Motion to Compel" (document #57) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall promptly make production of all documents which are the subject of the Motion, except for the emails which Plaintiff's counsel has represented to the Court that she has reviewed and which are purely personal in nature.

4. "Joint Motion to Amend Scheduling Order" (document #61) is **GRANTED**. The discovery deadline is extended to September 30, 2011 and the dispositive motions deadline is extended to October 31, 2011.

5. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.** Signed: June 21, 2011

David S. Cayer
United States Magistrate Judge