# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09cv352

| | |
|---|---|
| VENUS Y. SPRINGS, | ) |
| Plaintiff, | ) |
| Vs. | ) TRIAL SCHEDULING ORDER |
| MAYER BROWN, LLP, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the request of the parties for a final trial Scheduling Order. After review of the proposed scheduling orders of respective counsel, and having conducted Final Pretrial Conferences in the other civil actions remaining for trial on the February 6, 2012, civil trial term, and it appearing that this is the only trial that will utilize the February jury *venire*, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that

(1) jury selection shall commence on Monday, February 13, 2012, at 9:30 a.m. Court shall convene at 9:00 a.m. to hear, *voir dire*, any motions or issues the parties may have; and

(2) after selection of the jury, trial shall thereinafter commence that day, February 13, 2012, and continue to be tried each day that week until complete. Court shall began at 9 a.m. each day and continue until approximately 6 p.m. The court will accommodate the schedules of witnesses by taking witnesses out of order, if necessary.

Signed: February 7, 2012

Max O. Cogburn Jr.
United States District Judge